UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHELLI L. BRAUD, ET AL.

VERSUS

CNA INSURANCE COMPANY,
ET AL.

CIVIL ACTION

NO. 08-548-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Riedlinger, dated October 27, 2008 (doc. no. 6).

Considering the objection filed by defendants (doc. 7), the court finds that attorneys fees should not be awarded under §1447( c ).   The court hereby approves the report and recommendation of the magistrate judge that this matter be remanded for lack of jurisdiction.   The court disapproves the recommendation relative to an award of attorney's fees.

Accordingly the Motion to Remand (doc. no. 5) filed by plaintiffs is GRANTED and this matter will be REMANDED to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

Baton Rouge, Louisiana, this 13th day of November, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE